UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HVACMASTERS.COM, LLC, | § | CASE NO. 15-60051-rbk |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| Debtor | § | |

**MOTION BY TRUSTEE, JAMES STUDENSKY, TO SELL PROPERTY
OF THE ESTATE AT PUBLIC AUCTION TO THE HIGHEST BIDDER,
FREE AND CLEAR OF LIENS AND INTERESTS**

TO THE HONORABLE JUDGE OF THIS COURT:

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

NOW COMES James Studensky, Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of HVACMasters.Com LLC("Debtor") and files this Motion to Sell Property of the Estate at Public Auction to the Highest Bidder, Free and Clear of Liens and Interests.  The Trustee would show the Court the following:

1.      On January 23, 2015, Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code.  James E. Studensky was appointed as Trustee and continues in that capacity.

2.      The property of the Estate to be sold by this Motion consists of all the Estate's interest in inventory, supplies, vehicles, trailers, furniture, fixtures, equipment and any other

unencumbered tangible personal property that may be recovered by the Estate. The Trustee will not sell any property known to be encumbered with a valid consensual lien unless the lienholder expressly consents to the sale.  The public auction is scheduled on Tuesday, March 31, 2015 at 10:00 a..m. at the company's prior principal place of business at 12345 SH 195, Killeen, Texas, 76542. Details of the auction, including photographs of the property, preview time, and bidding requirements, are or soon will be available on the Auctioneer's website at: www.billhallauctioneer.com. The property is being sold and transferred by the Estate to the highest bidder in its current "AS IS" condition and "WITH ALL FAULTS".

3.      An application to employ Bill Hall as auctioneer is pending with the Court and this motion is subject to the approval of that application.  Mr. Hall will advertise and conduct the auction.  The Estate will incur reasonable expenses of the sale, including expenses for transporting vehicles and any other personal property to the auction site, minor repairs, utilities at`the auction site, and advertising expenses projected to be approximately $5,000.00, and a 10% auctioneer fee, which expenses and fee the Trustee requests be allowed as a deduction by the auctioneer with the net proceeds delivered to the Estate.

4.      Income tax will be payable on any capital gain but the exact tax consequences to this sale are unknown to the Trustee. In the event that the tax basis of the assets being sold is exceeded by the sales price, less any administrative expenses, then the Estate will be liable for tax on any gain.

5.      The Trustee proposes to allow all interested persons to bid on the property at the auction, except the Trustee, his employees, and professionals who have been hired in this case and the immediate family members of any such persons.

6.      To the extent that any ad valorem liens currently exist against the property to be sold, such liens shall attach to the proceeds of the sale of such property unless paid in full, including any interest due, at closing. To the extent that ad valorem taxes are due for years prior to 2015, the Trustee seeks authority to pay such ad valorem taxes from the proceeds of the sale of the above-referenced property unless paid by the buyer at closing. The Trustee is unaware of any consensual liens against the personal property that is described herein except for certain vehicles on which Business Bank of Texas claims perfected liens. These vehicles will only be sold at auction by the Trustee with the express consent of the lienholder and absent such consent, then the vehicles will be surrendered to the lienholder or its designated representative.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Court enter an Order authorizing him to sell the above-described property of the Estate free and clear of all liens, and other interests, except ad valorem tax liens which are not paid at closing, according to the terms of sale described herein and authorizing the Trustee to execute the documents necessary to effectuate the sale of the property and providing the Trustee such other and further relief as this Court deems just, and that such Order be entered after twenty-one (21) days, unless an objection is timely filed in accordance with Rule 9014.

Respectfully submitted this 26th day of February, 2015.

/s/ James E. Studensky
James E. Studensky, Chapter 7 Trustee
Texas State Bar   No. 19440000
3912 West Waco Dr.
Waco, Texas  76710
254-776-9630
254-296-0190 (fax)
jstudensky@epitrustee.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been forwarded to the parties listed below and other parties-in-interest as set forth on the attached mailing matrix by first class mail, postage pre-paid, on this the 26th day of February, 2015.


**Debtor:**
Hvacmasters.com, LLC
12345 SH 195
Killeen, Texas 76542

**Debtor's Attorney:**
Erin B. Shank
Erin B. Shank, P.C.
1902 Austin Avenue
Waco, Texas 76701

**UST:**
U.S. Trustee's Office
903 San Jacinto Blvd., Suite 230
Austin, Texas 78701

**Proposed Auctioneer:**
Bill Hall
Bill Hall Auctioneers, Inc.
P.O. Box 339
Salado, Texas 76571

/s/ James E. Studensky
James E. Studensky

(c)WESTBROOK METALS
646 CANION ST
AUSTIN TX 78752-3591

(p)CHRYSLER FINANCIAL
27777 INKSTER RD
FARMINGTON HILLS MI 48334-5326

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY
SECTION
PO BOX 13528
AUSTIN TX 78711-3528

(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

195 Lumber Company
3032 S. Fort Hood Street
Killeen, TX 76542-2301

1st Source Servail
2335 Kramer Lan, Suite D
Austin, TX 78758-4034

3-D Welding
P.O. Box 742
Jarrell, TX 76537-0742

A&L Sanchez Painting
Lesley Greer
P.O. Box U
Killeen, TX 76540-2018

A+ Federal Credit Union
P.O.Box 14867
Austin, TX 78761-4867

A-1 Environmental Company
Attn: James LanHam
P.O. Box 477
Gatesville, TX 76528-0477

Able Johns
107 S General Bruce Dr
Temple, TX 76504-4034

Ace Bolt & Screw Co.
527 Veterans Memorial Blvd.
Killeen, TX 76541

Ace Mart Restuarant
9411 N. Lamar
Austin, TX 78753-4178

Aces A/C Supply
4211 -A Tood Lane
Austin, TX 78744-1083

ACR Supply
P.O. Box 84801
Dallas, TX 75284-0001

Adam D. Hunter
21326 Byerly Turk Drive
Pflugerville, TX 78660-7546

Adam Hunter
21326 Byerly Turk Drive
Pflugerville, TX 78660-7546

Adelaido Cruz
110 Anderson Dr
Elgin, TX 78621-2009

ADT Security Services
P.O. Box 371956
Pittsburgh, PA 15250-7956

Advanced Acceptance/ All Lines L
100 Praire Center Drive
Eden Prairie, MN 55344-5391

Advanced Auto Parts
2114 East Rancier Ave.
Killeen, TX 76541-3743

Advanced Communications
120 Market Street
Georgetown, TX 78626-3698

Advanced Filtration
1613 Highway 3 S.
League City, TX 77573-7307

Advanced Filtrations
3101 Longhorn Blvd. Suite 114
Austin, TX 78758-7634

Advanced Metal Fusion, Inc.
3507 Valley Pike Rd.
Cedar Park, TX 78613-5207

Advanced Office Products, LLC
1206 Jasper Suite D
Killeen, TX 76549-1254

Advanced Refrigeration
7617 Narcoossee Rd
Orlando, FL 32822-5541

Ahern Rentals
4241 Arville Street
Las Vegas, NV 89103-3713

Air Deal Inc
Mitch Amkraut
324 Grey Owl Run
Chuluota, FL 32766-6601

Air-Care Electrical Equipment
3868 East Post Rd.
Las Vegas, NV 89120-3963

Airgas Southwest
P.O. Box 676031
Dallas, TX 75267-6031

Airtite Technology
P.O. Box 6185
McKinney, TX 75071-5105

AJ's Repair & Services
302 E. Robertson Ave.
Copperas Cove, TX 76522-2930

Al Clawson Disposal, Inc.
P.O. Box 416
Jarrell, TX 76537-0416

Alamo Crane Services, Inc.
P.O. Box 47077
San Antonio, TX 78265-7077

All points
200 International Way
Winsted, CT 06098-2252

All Pro Service
P.O. Box 1672
Belton, TX 76513-5672

All Tried & True
Attn: Chad
2401 S, Stemmons Freeway Suite 1446
Lewisville, TX 75067-2303

Allied Electronics
7151 Jack Newell Blvd. S
Fort Worth, TX 76118-7037

Ally
P.O.Box 9001948
Louisville, KY  40290-1948

Ally Financial
PO Box 380902
Bloomington, MN 55438-0902

Ally T-01
P.O. Box 380902
Bloomington, MN 55438-0902

Ally T-06, T-18,T-20, T05, T-07., T-19
P.O. Box 9001948
Louisville, KY 40290-1948

Ally T-10, T-16, T17, T-15,T21,T22
P.O. Box 78234
Phoenix, AZ 85062-8234

Alsop Plumbing
4105 E. Stan Schluter Loop
Killeen, TX 76542-8441

Ambica Food
3203 S. IH 35 Suite 580
Round Rock, TX 78664-9339

Amcon Controls, Inc.
P.O. Box 78234
Phoenix, AZ 85062-8234

American Ass. Of Notaries
8811 Westheimer , Suite 207
Houston, TX 77063-3617

American Constructors
Attn: Cindy Scale
4330 Gaines Ranch Loop, Suite 230
Austin, TX 78735-6735

American Constructors
Attn: Josh Katkoski
4330 Gaines Ranch Loop, Suite 230
Austin, TX 78735-6735

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Fire & Safety, Inc.
3310 E. Adams
Temple, TX 76501-9620

American Light
610 West Powell
Austin, TX 78753-5935

American Safety Casualty Ins. Co.
100 Galleria SE
Suite 700
Atlanta, GA 30339-5947

American Warehouse Systems
1471 91st Ave NE
Blaine, MN 55449-4395

Amerigas
P.O. Box 371473`
Pittsburgh, PA 15250-7805

Amerikooler
575 East 10th Ave
Hialeah, FL 33010-4639

Ameripipe Supply
4123 C. Todd Lane
Austin, TX 78744-1051

Amerrock Products
P.O. Box C
Nolanville, TX 76559-0483

Anderson School Office Int.
400 E. Central TX Expressway
Harker Heights, TX 76548-1883

Answer Network, Inc.
150 S. Washington St. Suite G
Carpentersville, IL 60110-2623

Anthony International
2388 Collections Dr.
Chicago, IL 60693-0001

Antonio Gamiz
15317 Oconto Dr
AUSTIN, TX 78717-5459

Antonio Ortiz
1720 Wooten Park Dr, #110
Austin, TX 78757-8262

Apple Lumber
184 S. Pecan
Luling, TX 78648

Apple Lumber Company
643 West Main Street
Yorktown, TX 78164-5291

Artic Wolfe
David Wolfe
309 Oal Meadows Drive
Georgetown, TX 78628-6874

ASD Consultants, Inc.
Attn: Anthony White
P.O. Box 180052
Austin, TX 78718-0052

Associated Fabricators & Construction
35 Market Square
Rogersville, AL 35652-8021

Assured Property Management
Attn: Debbie
1930 Rawhide Drive Ste. 314
Round Rock, TX 78681-6954

AT & T
PO Box 5001
Carol Stream, IL 60197-5001

AT&T
Barbie at Airpro
2601 S. I-35
Blg. C 405
Round Rock, TX 78681

Atlantic Marine Construction
Attn: Bruce Exum
3465 Chandler Creek Road
Virginia Beach, VA 23453-2885

Atrenght & Intergrity Group
14203 FM 2769
Leander, TX 78641-9697

AU'Authum Ki, Inc.
Attn: Jeffrey Morse
6960 W. Allison Rd.
Chandler, AZ 85226-5193

Austin Air Balancing Corp.
1106 West 6th St. Suite 206
Austin, TX 78703-5332

Austin American Statesman
P.O. Box 1231
San Antonio, TX 78294-1231

Austin Entertainment Center
Attn: Rick Hunt
16231 N. HI 35
Pflugerville, TX 78660

Austin ISD
111 West 6th Street, Suite B300
Austin, TX 78701-2965
Attn:  Terry Turnipseed

Austin Titan Fire Protection
131 W. Austin Ave. Ste. 200
Hutto, TX 78634-4244

Baker Distributing
3203 Longhorn Blvd. Ste. 102
Austin, TX 78758-7640

Baltimore Aircoil Company
13259 Collections Center Drive
Chicago, IL 60693-0132

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bar -B Plumbing Co. Inc,
P.O. Box 129
Kempner, TX 76539-0129

Bartlett Electric Cooperative
P.O. box 200
Bartlett, TX 76511-0200

Beirhalter & Associates
Attn: Gary Bierhalter
11827 Thoreau
Montgomery, TX 77356-8904

Belco Signs, Inc.
P.O. Box 2409
Harker Heights, TX 76548-0409

Bell County CSCD
P.O. Box 294
Belton, TX 76513-0294

Bell County Tax Assessor
P.O. Box 390
Belton, TX 76513-0390

Bell IT Services
Attn: Mark Bell
P.O. Box 991
Cedar Park, TX 78630-0991

Belton Veterinary Clinic
707 W. Loop 121
Belton, TX 76513-4299

Ben A. Huseman
142 CR 4964
Kempner, TX 76539-8133

Bercy Chen Studio L.P. Limited
Attn: Thomas Bercey
1111 East 11th Street Ste. 200
Austin, TX 78702-1968

Best Bell Water Supply
P.O. Box 1422
Killeen, TX 76540-1422

Betty Lopez
1110 W. Ave B
Copperas Cove, TX 76522-1403

Big D Tire, Inc.
3010 S. Fort Hood St.
Killeen, TX 76542-2301

Bitzer Us, Inc
4080 Enterprise Way
Flowery Branch, GA 30542-2896

Black Forest IT Services
1137 Welch Way
Cedar Park, TX 78613-7135

BLR
100 Winners Circle
Brentwood, TN 37027-5012

Blue Tex Insulation Company
P.O. Box 153
Manor, TX 78653-0153

BlueCross BlueSheild of TX
P.O. Box 660049
Dallas, TX 75266-0049

Brieth Elctric
1300 Bootys Crossing Rd.
Georgetown, TX 78628-2608

Brindle Construction Company
P.O. Box 1501
Round Rock, TX 78680-1501

Brush Creek MUD
Attn: Erica
16318 Great Oak Drive
Round Rock, TX 78681-5685

Buchanan & Daughters
P.O. Boxx 754
Salado, TX 76571-0754

Buckley Powder Company
P.O. Box 1358
Georgetown, TX 78627-1358

Bud Griffin CS Austin
P.O. Box 1710
Bellaire, TX 77402-1710

Buffalo Forklift, LLC
80 Earhart Dr. Ste.9
Williamsville, NY 14221-7804

Business Bank Of Texas , N.A.
1910 W. Braker Lane Bld. 2 Ste. 100
Austin, TX 78758-4174

Canon FInancial Services
14904 Collections Center Dr
Chicago, IL 60693-0149

Capital Bearings Service
P.O. Box 190
Round Rock, TX 78680-0190

Captive Aire, Inc.
2001 S. Mopac #1322
Austin, TX 78746

Carl Maki
478 Mountain Creek Rd.
Killeen, TX 76542-5106

Carrier Corporation
P.O. Box 905303
Charlotte, NC 28290-5303

Carrier Enterprises, LLC
6900 Alamo Downs West
San Antonio, TX 78238-4532

Cen-tex Dobermans
478 Mountain Creek Rd.
Killeen, TX 76542-5106

Cen-Tex Engineering
13 West Central Sve.
Temple, TX 76501-7627

Cen-Tex Spiral Pipe, Inc.
P.O. Box 2228
Cedar Park, TX 78630-2228

Central Texas Refuse, Inc.
P.O. Box 18685
AUSTIN, TX 78760-8685

Central TX Commerical A/C
7909 Rosson Dr.
Austin, TX 78736-8010

Century Link
PO Box 2961
Phoenix, AZ 85062-2961

Charles Morgan
PO Box 1027
Pflugerville, TX 78691-1027

Charlotte Barker
P.O. Box 2811
Georgetown, TX 78627-2811

Chase Auto Finance
P.O. Box 78068
Phoenix, AZ  85062-8068

Chase Card Services
P.O. Box 94014
Palantine, IL  60094-4014

ChexSystems
Attn: Consumer Relations
7805 Hudson Rd, Ste 100
Woodbury, MN 55125-1703

Choat USA
Attn: Gordon Baker
101 CR 124
Georgetown, TX 78626-1927

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Citadel Crane Service
215 E. Ave. D
Killeen, TX 76541-5238

Citizens Auto Finance
P.O. Box 42113
Providence, RI 02940-2113

City Electric Supply
P.O. Box 203548
Austin, TX 78720-3548

City Georgetown Purchaseing Office
Attn: Trina Bickford
PO Box 409
Georgetown, TX 78627-0409

City Of Cedar Park
450 Cypress Creek Rd.
Cedar Park, TX 78613-4196

City of Killeen
P.O. Box 549
Killeen, TX 76540-0549

Clean Environments, Inc
622 Isom Rd
Suite 110
San Antonio, TX 78216-4457

Coastline, LTD
P.O. Box 1247
Alexandria, VA 22313-1247

Collier Services, Inc
P.O. Box 1712
Bertram, TX 78605-1712

Colorado Electric Supply
P.O.Box 203548
Austin, TX 78720-3548

Commerical Kitchens
P.O. Box 831128
San Antonio, TX 78283-1128

Complete Curb Products
12802 FM 529
Houston, TX 77041-2631

Contractor Environmental Svcs
P.O. Box 575
Hewitt, TX 76643-0575

Corrigo Incorporated
8245 SW Tualatin Sherwood Road
Tualatin, OR 97062-8441

Cory M. Fielder
11915 RR 2338
Georgetown, TX 78633-4110

Country Corner Foodmart
Attn: Ali
5510 E. State Highway 29
Georgetown, TX 78626-3805

Craig's Affordable Tools
85 LaVoy Road
Erie, MI 48133-9638

Crawford Electric Supply, Inc.
Attn: Bryan McDaniel
1200 E. Stan Schulter Loop, Suite 101
Killeen, TX 76542-5482

Creative Custom Cabinets
Attn: Vita
1500 West Industrial Blvd.
Round Rock, TX 78681-2950

Crocker Crane Rentals, LP
PO Box 1469
Leander, TX 78646-1469

Crump Plumbing Supply
8647 Rookwood Lane
Austin, TX 78757-6923

CSC - Curtis Steel
P.O. Box 7469
Houston, TX 77248-7469

Custom Coolers, LLC
5609 Azle Avenue
Fort Worth, TX 76114-1197

Custom Energy Solutions
Attn: Tara
3810 Weetamoo Circle
Orlando, FL 32818-8248

D&L Printing
P.O. Box 210
Georgetown, TX 78627-0210

DA Warden Company, Inc.
40119 Industrial Park Circle
Georgetown, TX 78626-4706

Daikin
Attn: David Driggers
13600 Industrial Park Blvd.
Minneapolis, MN 55441-3743

Daniel R. Burns
400 N. 3rd St
Nolanville, TX 76559-4312

David Gricks
603 S. 25th St
Copperas Cove, TX 76522-2759

De Lage Landen Financial Services
P.O. Box 824018
Philadelphia, PA 19182-4018

Dedicated Plumbing Co.
Attn: Joseph Yandrisovitz
1510 Rossport Bend
Leander, TX 78641-2194

Delfeild Company
980 S. Isabella Rd.
Mount Pleasant, MI 48858-9200

Department Of Public Safety
Attn: Michael
5805 N. Lamar Rd.
Austin, TX 78752-4422

Derek J. Francis
508 Sapphine Lane
Jarrell, TX 76537-1384

Design Drywall, Inc.
Attn: Michael Pjecha
1083 A FM 812
Cedar Creek, TX 78612-3689

Devey Ratliff
604 Rim
Killeen, TX 76542-9023

Dewald Automotive and Radiator
2601 East Highway 190
Copperas Cove, TX 76522-2561

DFW Movers & Erectors, Inc
Attn: John Martyn
3201 N. Sylvania Avenue
Suite 115
Fort Worth, TX 76111-3122

Diane Leming
502 S. 56th St
Killeen, TX 76543-4528

Direct Expansion Solutions, Inc
3350 Yale St.
Houston, TX 77018-7741

Discount Tire
1104 Rivery Blvd
Georgetown, TX 78628-3009

Discover
PO Box 29033
Phoenix, AZ 85038-9033

Discover Business Card
P.O. Box 6103
Carol Stream, IL 60197-6103

Dodge Country
1902 E. Central Texas Expy
Killeen, TX 76541-9110

Don Armstrong
326 Navajo Drive
Burnet, TX 78611-5616

Don Hewlitt - CC Charges
7601 S IH 35
Georgetown, TX 78626-7508

Don Hewlitt Chevrolet
PO Box 799
Georgetown, TX 78627-0799

Don Quick Realtors
1000 N. IH 35
Round Rock, TX 78681-4212

Donald Lanie, III
400 North 3rd St
Nolanville, TX 76559-4312

Doors & company
Attn: David Hines
6409 Burnet Lane
Austin, TX 78757-3248

Double G Drywall
Attn: Terri Garvin
PO Box 439
Nolanville, TX 76559-0439

Double L Insulation, Inc
Attn: Larry Lacey
PO Box 1277
Dripping Springs, TX 78620-1277

Elliot Electric Supply
445 Texas Ave
Round Rock, TX 78664-2492

Elliot Electric Supply
P.O. Box 630610
Nacogdoches, TX 75963-0610

eMailSignature North America
Attn: Connie Lombardo
1 Piedmont Center, Suite 400
3565 Piedmont Road
Atlanta, GA 30305-8202

EnviroFoam Applications, Inc
620 River Road
Gatesville, TX 76528-2470

Equifax
P.O. Box 740241
Atlanta, GA 30374-0241

Equipment Depot
PO Box 209004
Dallas, TX 75320-9004

Erin B. Shank
Erin B. Shank, P.C.
1902 Austin Avenue
Waco, TX 76701-1619

Estrellita T. Bello
115 Dober St
Nolanville, TX 76559-9744

Everett Lowery
2000 Agate Dr
Killeen, TX 76549-4916

Everett's Acoustics, LLC
Attn: Ronnie Everett
PO Box 220
Salado, TX 76571-0220

Experian
Profile Maintenance
P.O. Box 9701
Allen, TX 75013-9701

Expert Machanical Services
Attn: Betty Sullivan
8425 SH 195
Florence, TX 76527

EZ Keys
901 CR 221
Killeen, TX 76549-2684

Ezequiel Oliva
12701 St Mary Dr
Manor, TX 78653-4599

Fastenal Company
P.O. Box 1286
Winona, MN 55987-7286

FedEX
P.O. Box 660481
Dallas, TX 75266-0481

Ferguson Enterprises
Attn: Thad Lusk
P.O. Box 847411
Dallas, TX 75284-7411

Fifth Third Bank T-11
P.O. Box 630778
Cincinnati, OH 45263-0778

Fifth Third Bank T-13
P.O. Box 630778
Cincinnati, OH 45263-0778

First Co.
PO Box 270969
Dallas, TX 75227-0969

Fisher's Welding, Inc
1125 King Country Road
Gatesville, TX 76528-4344

Foundation Software
150 Pearl Road
Brunswick, OH 44212-1116

Fox Parts Plus
901 N. Austin Ave
Georgetown, TX 78626-4342

FSC Consulting, LLC
Attn: David Ennis
14603 Huebner Road
Building 38, Suite 2
San Antonio, TX 78230-5511

FUEL - Killeen
Attn: Shelie Devenney
13245 State Hwy 195
Killeen, TX 76542-4845

FUEL - Round Rock
Attn: Lorra Darling
1201 N. Industrial Blvd
Round Rock, TX 78681-2924

G&L Lube & Oil
P.O. Box 10715
Killeen, TX 76547-0715

General Insulation Co. , Inc.
P.O. Box 636959
Cincinnati, OH 45263-6959

Georgetown Data Svcs, Inc
Attn: Ray
PO Box 1309
Georgetown, TX 78627-1309

Georgetown Oil Exchange
1121 South Austin Ave.
Georgetown, TX 78626-6745

Gerardo Cruz
110-B Anderson Dr
Elgin, TX 78621-2009

Gerardo Reyes Alvarez
205 Flat Rock
Hutto, TX 78634-4536

Glenn Collins, Sr
455 E. Central Tx Exp
Harker Heights, TX 76548-1921

Glenn Collins, Sr
455 E. Central Tx Exp
Ste 101
Harker Heights, TX 76548-1931

Gold Key Technology Sol. Inc
Attn: Marcus
220 South 2nd Street
Temple, TX 76501-4415

Goodman Distributing, Inc
PO Box 201652
Houston, TX 77216-1652

Government Data Publications
Building 1661 McDonald Ave.
Brooklyn, NY 11230-6398

Grainger
PO Box 419267
Kansas City, MO 64141-6267

Graybar Electric Co. Inc
P.O. Box 840458
Dallas, TX 75284-0458

Greatmats.com
117 Industrial Ave.
Milltown, WI 54858-9067

Greg Garcia
2867 Shadow Point Cove
Round Rock, TX 78665-2695

Guardian Industrial Supply
2012 Centimeter Circle
Austin, TX 78758-4956

Guillermo Alfaro Chabolla
500 W. 10th Street, #113
Gilroy, CA 95020-6565

Guillermo Chabolla
10223 S. Shore Dr.
Salado, TX 76571-5949

H&H Sign Company
P.O. Box 206
Waco, TX 76703-0206

Halls High Lift, Inc.
3576 Rosalina Loop
Round Rock, TX 78665-5663

Halo Integrated Enterprises
Attn: Monty Worley
2415 Jake Drive
Copperas Cove, TX 76522-7547

Ham & McCreight of Killeen
204 W. Ave D
Killeen, TX 76541-5259

Hamilton Electric Works, Inc.
3800 Airport Blvd.
Austin, TX 78722-1399

Heat Tranfer Solutions
3350 Yale Street
Houston, TX 77018-7741

HEB CC-Charges
P.O. Box 839999
San Antonio, TX 78283-3999

Heights Lumber & Supply
602 W. FM 2410 Rd.
Harker Heights, TX 76548-1610

Heritage Food Service Equip
PO Box 8710
Fort Wayne, IN 46898-8710

Hill Country Electric Supply
204 Texas Ave. Suite B&C
Round Rock, TX 78664-2141

Hilti, Inc.
Dept. 0890
P.O. Box 120001
Dallas, TX 75312-0890

HK Fastner & Supply, Inc.
1907 Hydro Drive
Austin, TX 78728-7625

Holste & Associates
6671 Southwest Freeway, Suite 850
Houston, TX 77074-2221

Home Depot
2455 Paces Ferry Road, SE
Atlanta, GA 30339-1834

Hoover TV HDW
500 E. Polk
Burnet, TX 78611-2613

Howell Crane & Rigging
P.O. Box 200576
San Antonio, TX 78220-0576

Hvacmasters.com, LLC
P.O.Box 690388
Killeen, TX 76549-0007

Ince Distributing, Inc.
2233 NW Loop 410
San Antonio, TX 78230-5308

Industrial Hardware
P.O. Box 385
Pequannock, NJ 07440-0385

Infodatix, LLc
1109 S. Wildflower Way
Springville, UT 84663-3261

Insco Distributing, Inc.
P.O. box 690610
San Antonio, TX 78269-0610

Insul-Pipe Systems
P.O. Box 1527
Buda, TX 78610-1527

Intergrated  Supply Center
P.O. Box 480390
Los Angeles, CA 90048-1390

International Cold Storage
215 E 13th St
Andover, KS 67002-9329

Internet Blueprint_ Tustin
1177 Warner Avenue
Tustin, CA 92780-6458

Invisable Fence
1209 Baylor
Austin, TX 78703-4123

ISI Commercial Refrigeration
P.O. Box 569060
Dallas, TX 75356-9060

Isidora Perez
1031 Lodon Lane
Georgetown, TX 78626-8026

Ismael Mendez
526 Joyner Circle
Killeen, TX 76541-6943

J - Con Insulation
14184 Wortham Bend Rd.
China Spring, TX 76633-3135

J-Crew Management
P.O. Box 11206
Killeen, TX 76547-1206

Jamco Contols, Inc.
P.O. Box 998
Lampasas, TX 76550-0035

James Auto Glass
2310 Warriors Path # 4
Harker Heights, TX 76548-6905

James R. Williams
1661 CR 340
Granger, TX 76530-5150

Javier Cruz-Reyna
110 Anderson Dr
Elgin, TX 78621-2009

Jeremiah D. Johnson
271 Laura Dr
Killeen, TX 76549-3872

Jeremy J. Lanier
309 Sylvan St
Hutto, TX 78634-3292

Jeremy Lanier
309 Sylvan Street
Hutto, TX 78634-3292

Jerry Ortiz
1200 W Winton Ave, Unit #6
Hayward, CA 94545-1409

Jerry Ortiz, Jr
10223 Southshore Dr
Salado, TX 76571-5949

Jesus Baldivia
1503 Sam Base Circle
Round Rock, TX 78681

Jesus Patino
13037 Maidenhair Trail
ELGIN, TX 78621-5949

JHD Builder, Inc
317 Travertine Trl
Buda, TX 78610-3819
Attn: Jorge Noriega

JHD Builders
317 Travertine Trl
Buda, TX 78610-3819
Attn:Jorge Noriega

Jimmy Forrest
5329 Dogridge Rd.
Belton, TX 76513-7033

Joe W. Fly Co., Inc.
4820 Memphis Street
Dallas, TX 75207-5210

Joe Ware
2212 Florence Rd
Killeen, TX 76542-1841

John McLaughlin
19333 Romberg Rd
Holland, TX 76534-5052

John Paul Roland
2324 Bitter Creek
Austin, TX 78744-4914

John Roland
2324 Bitter Creek
Austin, TX 78744-4914

Johnson Controls
PO Box 905240
Charollet, NC 28290-5240

Johnson Supply
PO 4481
Houston, TX 77210-4481

Johnson Supply North
10620 Metric Blvd.
Austin, TX 78758-4526

Johnstone Supply - North
10620 Metric Blvd.
Austin, TX 78758-4526

Jose Cruz
12701 St Marys Dr
Austin, TX 78744

Julia Taylor
PO Box 1417
Bastrop, TX 78602-1917

Julio Zavala
605 Weeping Willow Dr
Temple, TX 76502-5299

Justin Millikan
Rundburg & I35
Austin, TX 78704

Kalina Industrial Service
P.O. Box 85
Weir, TX 78674-0085

Kelly-Moor Paint Company
302 East Elms Rd.
Killeen, TX 76542-6024

Kemp Painting
402 Hedgewood Drive
Georgetown, TX 78628-2496

Kerr Refuse
P.O. Box 282
China Spring, TX 76633-0282

Kickapoo Empire, LLC
1003 Paulsun St
San Antonio, TX 78219-3127

Killeen Blueprint
102 N. College
Killeen, TX 76541-6106

Killeen Daily Hearld
P.O. Box 1300
Killeen, TX 76540-1300

Killeen Glass & Mirror
103 W. Veterans Memorial Bld.
Killeen, TX 76541-7119

Killeen Locksmith Service
P.O. Box 1300
Killeen, TX 76540-1300

Killeen Overhead Doors
1505 MLK Blvd.
Killeen, TX 76543-5439

Killeen Pest Control, Inc.
1506 Florence Rd.
P.O. Box 282
Killeen, TX 76540-0282

Killeen Welding Supply
2601 S Fort Hood St
Killeen, TX 76542-2309

Kirbo's Office Systems
P.O. box 2249
Brownwood, TX 76804-2249

Kristopher R. Lopez
2612 Eastwood Lane
Round Rock, TX 78664-6216

Kwick Kar-Red Bud
2401 Red Bud Lane
Round Rock, TX 78664-4663

Kwik Car
406 W Austin Ave
Round Rock, TX 78664-5108

Kwik Kar Lube & Tube Of RR
406 West Austin Avenue
Round Rock, TX 78664-5108

Kwik Kar Oil & Lube
2010 E. Central Texas Expwy
Killeen, TX 76541-9160

Labor Finders
P.O. Box 1846
Temple, TX 76503-1846

Labor Ready Central, Inc.
P.O. Box 676412
Dallas, TX 75267-6412

Larry Wunch & Associates, Inc.
1109A Regal Row
Austin, TX 78748-3782

Lashly South Texas, LLC
130A Interloop
San Antonio, TX 78216-7042

Lennox
P.O. Box 910549
Dallas, TX 75391-0549

Leonardo Ortega
13021 Dessau Rd
Austin, TX 78754-1963

Light Bulb Depot
9523 Burnet Rd.
Austin, TX 78758-5211

Line - X
108 W FM 2410
Harker Heights, TX 76548-1768

Lock Away Storage
Attn: Deanna Godsey
3009 Dawn Drive
Georgetown, TX 78628-2880

Lone Star Crane & Rigging
2608 N. Main Street
Suite B-243
Belton, TX 76513-1546

Lone Star Overnight
PO Box 149225
Austin, TX 78714-9225

Lone Star Storage Trailers, Inc.
1095 E. Phillip Nolan Expressway
Nolanville, TX 76559-4572

Lonny Van Valkenburgh
1506 Wooden Dr
Austin, TX 78757-8328

Lorra Salinas
604 Rim Dr
Killeen, TX 76542-9023

Lowe's
1000 Lowe's Boulvard
Mooresville, NC 28117-8520

Lowes
PO 964
Atlanta, GA 30301-0964

Luis O. Hernandez-Vazguez
1701 Terrace Dr, Apt 610
Killeen, TX 76541-7304

M&M Manufacturing
200 Adolf St.
Fort Worth, TX 76107

Maaco Collision Repair
732 Round Rock Ave.
Round Rock, TX 78681-4346

Manitowoc Ice, Inc
PO Box 1720
Manitowoc, WI 54221-1720

Mark Bell
4066 CR 255
Georgetown, TX 78633

Mark Ortego
1413 River Birch Way
Pflugerville, TX 78660-5810

Marvin Carter
1005 Indian Trail
Salado, TX 76571-5472

Marvin D Carter
1005 Indian Trail
Salado, TX 76571-5472

McMillian James Equipment Co.
Attn: Craig Morgan
13663 Jupiter Road, Ste 143
Dallas, TX 75238-2443

McNichols Co.
PO Box 10211
Atlanta, GA 30392

MCS Construction, Inc
Attn: Mike Moon
2216 SW 6th Street
Lawton, OK 73501-8546

Mechanical Reps.
3901 Woodbury Drive
P.O. Box 41869
Austin, TX 78704-0032

Melissa Wright
3307 Regency Court
Killeen, TX 76549-5667

Metroplex Healthcare
P.O. Box 203756
Dallas, TX 75320-3756

Mid-Tex Sales and Services
11424 North IH 35
Austin, TX 78753-2716

Miller & Co Insurance
331 Indian Trail  Suite 102
Harker Heights, TX 76548-7201
Attn:  Don Cast

Miller Scamardi, Carrabba, P.C.
6525 Washington Ave.
Houston, TX 77007-2112

Minyard Sons Service
PO Box 969
Cedar Park, TX 78630-0969

Mission -S.T.E.D., Inc.
P.O. Box 10310
San Antonio, TX 78210-0310

Mobile Mini, Inc.
P.O. Box 79149
Phoenix, AZ 85062-9149

Morgan Air
PO Box 1027
Pflugerville, TX 78691-1027

Morrison Supply Co.
PO Box 70
Fort Worth, TX 76101-0070

Municipal Court Of Austin
P.O. Box 2135
Austin, TX 78768-2135

Municipal Courts San Antonio
401 S. Frio Street
San Antonio, TX 78207-4432

Municipal Services Bureau
PO Box 16777
Austin, TX  78761-6777

MW Builders, Inc
1701 N. General Bruce Drive
Temple, TX 76504-2474
Attn:  Sparky Campbell

NADCA
Attn: Leanne Murray
15000 Commerce Parkway, #C
Mount Laurel, NJ 08054-2212

Napa Auto Parts
1209 S. Fort Hood St.
Killeen, TX 76542-1307

National American Insurance Co
Attn: Don H. Cast, Attorney in Fact
331 Indian Trail, Suite 102
Harker Heights, TX 76548-7201

National Safety Compliance
509 S. Cavalier Avenue
Springfield, MO 65802-2619

Nest International
550 Crescent Blvd
Gloucester City, NJ 08030-2754

New Systems
1201 N Industrial Blvd #100
Round Rock, TX 78681-2924

Nicolas De La Cruz
309 Sam Bass Circle
Cir #100
Round Rock, TX 78681

Norlake
1003 Denmill Rd
New Albany, MS 38652-5310

North Texas Tollways Authority
PO Box 660244
Dallas, TX 75266-0244

Northern Tool & Equipment
864 East Braker Lane Ste A
Austin, TX 78753

Nyle Maxwell GMC
3000 N. IH 35
Round Rock, TX 78681-2406

O'Reilly Auto Parts
1204 Railroad Street Ste 101
Georgetown, TX 78626-6516

Office Max
201 University Oaks Blvd
Round Rock, TX 78665-2422

Onesimo Cruz Gomez
4800 E Stassney #A
Austin, TX 78744-3732

Oslin Nation Co.
P.O. Box 951321
Dallas, TX 75395-1321

Pace Painting, LLC
1110 Preswick Drive
Harker Heights, TX 76548-1477

Parco Home Center, Inc
2950 Williams Drive
Georgetown, TX 78628-2702

Parkway Construction & Assoc
1000 Civic Circle
Lewisville, TX 75067-3493

Parts Unlimited
2156 Scurry Island Rd.
Chappells, SC 29037-8931

Paul Sanderford
Sanderford & Carroll, P.C.
2110 Birdcreek Drive
Temple, TX 76502-1020

Pedro Mancera
222 Cool Water Dr
Bastrop, TX 78602-6746

Perfection Chain Products, Inc
301 Goodwin Road
Vinemont, AL 35179

Photo Enforcement Program
PO Box 76977
Cleveland, OH 44101-6500

Phyllis Spielman
14253 Tern Dr.
Colorado Springs, CO 80921-2448

Pioneer Breaker & Control Supp
2216 Rutland Dr. Ste. B
Austin, TX 78758-5234

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250-7874

Pitney Bowes Inc.
PO Box 371896
Pittsburgh, PA  15250-7896

Portable Rental Solutions, Inc
PO Box 340
Hewitt, TX 76643-0340

Power Drive LLC
1401 Kentucky Street
Michigan City, IN 46360-4136

Precision Tune Auto Care
2308 AW Pecan
Pflugerville, TX 78660

Progressive County Mutal
P.O. Box 94739
Cleveland, OH 44101-4739

Purvis Industries, LTD
PO Box 540757
Dallas, TX 75354-0757

Quality Glass & Mirror
PO Box 11533
Killeen, TX 76547-1533

Quill.com
P.O. Box 37600
Phlidelphia, PA 19101-0600

Ralph Anderson Automotive
2703 E Hwy 29
Georgetown, TX 78626-7338

Rand Construction Corp
1029 North Royal Street
Alexandria, VA 22314-1542

Randedll Manufacturing
525 S Coldwater Rd
Weidman, MI 48893-9683

Refrigeration Gaskets
729 W. 22nd. St.
Houston, TX 77008-1727

Refrigeration Hardware Supply
632 Foresight Circle
Grand Junction, CO 81505-1042

Ringo Electric
20009 Keilman Lane
Pflugerville, TX 78660-7596

RK Bass Electric, Inc
1200 E FM 2410
Harker Heights, TX 76548-6846

RM Mechanical, Inc.
3312 Duke Road
Austin, TX 78724-2510

Robert Dekort
1736 CR 4785
Kempner, TX 76539

Robert Madden Industries, LTD
P.O. Box 64360
Lubbock, TX 79464-4360

Ron Miller
12907 Heyerdahl
Austin, TX 78753-2076

Roof Crafters, Inc.
P.O. Box 1689
Leander, TX 78646-1689

Ross Crane
9708 Plover Dr.
Austin, TX 78753-4236

Round Rock Tax Ofice
1311 Round Rock Avenue
Round Rock, TX 78681-4999

Round Rock Welding Co
1400 N Industrial
Round Rock, TX 78681-2948

RSC Equipment Rental
Accounts Payable
P.O. Box 30129
College Station, TX 77842-3129

Ruban A. Colorado
5400 W. Parmer Road
Austin, TX 78727-3909

RW Plumbing, Inc.
5110 Charter Oak Dr.
Temple, NTX  76502-5738

S & M Vacuum and Waste, LTD
P.O. Box 817
Killeen, TX 76540-0817

S & S Hill Country Plumbing Co.
P.O. Box 1382
Kingsland, TX 78639-1382

S & S Hill Coutry Plumbing Co.
2242 Ranch to Market 1431
Kingsland, TX  76708

Saftey Sam Inc.
P.O. Box 6408
Yuma, AZ 85366-2518

Sanderford & Carroll, PC
2110 Birdcreek Drive
Temple, TX 76502-1020

Scott & White
P.O. Box 847408
Dallas, TX 75284-7405

Scott Hunter
1508 East 19th St
Georgetown, TX 78626-7248

Sergio Loera, Jr
4705 Beaver Creek Dr
Austin, TX 78759-4131

Sergio Washington, II
1617 Canyon Creek Dr, Apt 275
Temple, TX 76502-7255

Shelle Devenney
1902 Sandstone
Killeen, TX 76549-4920

Sherwin-Williams
3301 E. Rancier Ave., #A
Killeen, TX 76543-7855

Shop Data Sysstems Inc.
712 E. Walnut Street
Garland, TX 75040-6608

Siemens Industry, Inc.
P.O. Box 2134
Carol Stream, IL 60132-2134

Single Plane Coil Tubing
5431 Old Granbury Rd
Granbury, TX 76049-7747

Stephen Lopez
201 Mitchell Dr
Hutto, TX 78634-4383

Stephen Ship
213 Julia Dr.
Copperas Cove, TX 76522-7425

Stephen Shipp
4409 Jeff Scott Dr, Apt C
Killeen, TX 76549-4367

Steven Kaser
2804 Kelly Cove
Taylor, TX 76574-5118

Steven R. Kaser
2804 Kelly Cove
Salado, TX 76571

Stukz-ATS
1572 Tilco Drive
Fredrick, MD 21704-6659

Suddenlink
111 N. College
Georgetown, TX 78626-4101

Summit Electric Supply
5003 S. Fort Hood Street
Killeen, TX 76542-4808

Sunbelt Rentals
4701 N. Navarro Street
Victoria, TX 77904-2064

Sunstate Equipment Rentals
P.O. Box 52581
Phoenix, AZ 85072-2581

T-3 Tire
505 S. Twin Creek Dr.
Killeen, TX 76543-4738

Target Restoration
5113 Steinbeck Bend Drive
Waco, TX 76708-5202

TD Auto Finance
P.O. Box 9001921
Louisville, Kentucky 40290-1921

Telecheck
Attn: Bankruptcy Dept.
PO Box 4451
Houston, TX 77210-4451

Telecheck Services, Inc
5251 Westheimer Road
Houston, TX 77056-5415

Temperature Controls
3007 Long Horn Blvd. # 105
Austin, TX 78758-7636

Temple Daily Telegram
P.O. Box 6114
Temple, TX 76503-6114

Temple Winnelson Co.
1801 N. Third St.
Temple, TX 76501-1655

Tempset Controls, Inc.
P.O. box 699
Cedar Park, TX 78630-0699

Terry's Welding Service
9840 FM 116
Gatesville, TX 76528-3967

Tevelec Cables Inc.
2340 West Braker Lane Unit E
Austin, TX 78758-4542

Tex-Air Filters
2209 A Rutland Drive, Ste. 125
Austin, TX 78758

Texas Air Products, LTD
11122 Gordon Rd.
San Antonio, TX 78216-2825

Texas Air Systems
6029 West Campus Circle Drive Suite 100
Irving, TX 75063-2768

Texas Alternator Starter Service
P.O. Box 9131
Austin, TX 78766-9131

Texas Attorney General
Child Support Division
PO Box 659791
San Antonio, TX 78265-9791

Texas Attorney General's Office
Child Support Unit 0704E
P.O. Box 5229
Temple, TX 76505

Texas Cutting & Coring , LP
17 Indian Meadows
Round Rock, TX 78665-2634

Texas Mutual Insurance Compna
3210 E. Highway 290
Austin, TX 78723-1098

Texas Signs and Designs
3108E Veterans Memorial Dr.
Killeen, TX 76543-4371

Texas Tollways
P.O. Box 650749
Dallas, TX 75265-0749

Texas Workforce Commission
12312 N Mopar Express Way
Austin, TX 78758

The Cook Law Firm
919 Congress Ave. Ste. 1145
Austin, TX 78701-2107

The Dollar Agency
Attn: Office Manager
407 West University Ave
Georgetown, TX 78626-6743

The Hartford
PO Box 2907
Hartfod, CT 06104-2907

Thermacor Process, LP
1670 Hicks Filed Road E.
Fort Worth, TX 76179-5248

Timberlake & Dickerson, Inc.
P.O. Box 551667
Dallas, TX 75355-1667

Tin Knockers
920 S. 57th Street
Longview, TX 75604

TNT Enterprise
Attn: Accounts Payable
P.O. Box 6017
Elgin, IL 60121-6017

TNT System Solutions , Inc.
603 Rogart Dr
Spicewood, TX 78669-2030

Tommy R. Teykl
1201 N. Industrial Blvd. Ste. 100
Round Rock, TX 78681-2924

Town & Country Auto Sales
2018 W. Adams
Temple, TX 76504-3916

Trane US, Inc.
P.O. Box 845053
Dallas, TX 75284-5053

Trans Union Corporation
Attn: Public Records Dept.
555 West Adams Street
Chicago, IL 60661-3631

Traulsen & Co., Inc.
4401 Blue Mound Road
Fort Worth, TX 76106-1928

Travis County Justice Of The Peace Herb
1000 Guadalupe St. 112
Austin, TX 78701-2328

Travis County Justice of the Peace
1000 Guadalupe Street, #112
Austin, TX 78701-2328

TRS Telephone Service
P.O. Box 725
Killeen, TX 76540-0725

TRS Telephone Systems
P.O. Box 725
Killeen, TX 76540-0725

True Food Service Equipment
2001 East Terra Lane
O'Fallon, MO 63366-4434

Turtle Lumber Lockhart
518 W. San Antonio St.
Lockhart, TX 78644-2664

U.S. BANKRUPTCY COURT
800 FRANKLIN AVE., SUITE 140
WACO, TX 76701-1934

Unifirst - Killeen
114 Ava Drive
Hewitt, TX 76643-2905

Unifirst Holdings, Inc.
6000 Bolm Rd.
Austin, TX 78721-3631

Unifurst - Killeen
114 Ava Drive
Hewitt, TX 76643-2905

United Fire Group
P.O. Box 3244
Cedar Rapids, IA 52406-3244

United Healthcare
Dept. CH 10151
Palentine, IL  60055-0151

United Refrigeration, Inc.
P.O. Box 677036
Dallas, TX 75267-7036

United Rental
611 E. Central Texas Expressway
Harker Keights, TX 76548-1385

United States Trustee - WA12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Velmar Cleaning Services
201 Thomas Cove
Leander, TX 78641-8075

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Victor E. Amaro Mejia
169 Lakeside Cr
Del Valle, TX 78617-5150

Wales Crane & Rigging Service
P.O. Box 21628
Waco, TX 76702-1628

Washington Mutual Cred - 0079
P.O. Box 860433
Dallas, TX 75266-0433

Wayne's Welding Repair
1903 Connell Street
Belton, TX 76513-4200

West Bell Water Supply
P.O. Box 1422
Killeen, TX 76540-1422

West Short & Associates
313 West 10th Street
Georgetown, TX 78626-5511

Wex Fleet Universal
225 Gorham Road
South Portland, ME 04106-2408

Whitley Steel Building Supply
3029 S. Fort Hood Street
Killeen, TX 76542-2302

William W. Hancock
Borum & Hancock, LLP
2485 Burnett Plaza
801 Cherry Street, Unit 14
Ft. Worth, TX 76102-6884

Williamson Central Apprasial D
6254 FM 1460
Georgetown, TX 78626

Williamson Co. Ass. Realtors
123 E. Old Settlers Blvd.
Round Rock, TX 78664-2211

Williamson COunty Apprasial
625 FM 1460
Georgetown, TX 78626-8050

Williamson County Tax Assessor
904 S. Main Street
Georgetown, TX 78626-5829

Wright Gas Card
P.O. Box 57748
Salt Lake City, UT 84157-0748

Zenco Sheet Metal
14319 Gregg Manor Road
Manor, TX 78653-3327

Zlien
4821 Prytania Street
New Orleans, LA 70115-4015

Zoe's Kitchen
10000 Research Blvd, Ste 101
Austin, TX 78759-5801

Zwicker & Associates, P.C.
80 Minuteman Rd.
Andover, MA 01810-1008

Zydeco Ice, Inc-Jillaroo
313 Oak Meadow Dr
Georgetown, TX 78628-6874