IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HVACMASTERS, COM, LLC, | § | CASE NO. 15-60051-rbk |
| | § | |
| | § | |
| | § | |
| Debtor | § | CHAPTER 7 |

## TRUSTEE'S NOTICE OF DEPOSIT OF SMALL OR UNCLAIMED FUNDS

The undersigned Trustee reports:

_____ The dividend(s) payable to the creditor(s) listed on Exhibit "A"hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

\_\_\_\_xx\_\_\_\_\_ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee remits herewith his check in the total amount shown on Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq.).

Dated:     December 21, 2016

/s/ James E. Studensky
JAMES E. STUDENSKY
Chapter 7 Trustee
3912 W. Waco Drive
Waco, Texas  76710
254-776-9630
254-296-0190 (fax)
jstudensky@epitrustee.com

**EXHIBIT "A"**

**PLEASE CHECK ONE:**

_____        Small Dividends

  xx   \_\_\_\_        Unclaimed Dividends

| **Name and Address** | **Claim No.** | | **Amount** |
|---|---|---|---|
| MSC Construction, Inc/Granite RE<br>c/o Robert M. Fitzgerald<br>1219 FM 314<br>Van, Texas  75790 | 000025 | | $3,830.49 |
| | | **TOTAL** | **$3,830.49** |